IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REBECCA LOWDERMILK, individually and as Trustee of the Lowdermilk Living Trust, and JOHN DOES 1–5,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KATHLEEN LOWDERMILK, and JOHN DOES I-XXX,<br><br>　　　　　Defendants. | CV 21–112–M–DLC<br><br><br>ORDER |

Before the Court is the Plaintiff Rebecca Lowdermilk's Unopposed Motion to Dismiss with Prejudice. (Doc. 14.) Because this case has been fully settled on the merits, Lowdermilk seeks the dismissal of the above-captioned matter with prejudice, with each party to bear their own costs and fees. (*Id.*) Defendant Kathleen Lowdermilk does not oppose this motion. (*Id.*)

Accordingly, IT IS ORDERED the motion (Doc. 14) is GRANTED.

IT IS FURTHER ORDERED the above-captioned matter is DISMISSED with prejudice, with each party to bear their own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 5th day of May, 2022.

　　　　　　　　　　　　　　　　　　／s／ Dana L. Christensen
　　　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　　　United States District Court

1